UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE HEARD,

                Plaintiff,          Civil Case No. 08-CV-13302

v.

DEBORAH SCOTT, CAIN, REBESKI,    DIST. JUDGE PAUL D. BORMAN
and MAGRO,                         MAG. JUDGE VIRGINIA MORGAN

                Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF: (1) DENYING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF AND DEFAULT JUDGMENT, (2) GRANTING DEFENDANT'S MOTIONS TO DISMISS, AND (3) DISMISSING WITHOUT PREJUDICE PLAINTIFF'S REMAINING CLAIMS

Before the Court is the Magistrate Judge's May 20, 2009 Report and Recommendation in favor of denying Plaintiff's Motions for Injunctive Relief and Default Judgment, granting Defendants' Motions to Dismiss, and dismissing all of plaintiff's remaining claims without prejudice pursuant to 42 U.S.C. § 1997e(a). (Dkt. No. 37). Having reviewed that Report and Recommendation, and there being no objections, the Court enters as its findings and conclusions the Report and Recommendation **DENYING** Plaintiff's Motions for Injunctive Relief and Default Judgment, **GRANTING** Defendants' Motions to Dismiss, and **DISMISSING WITHOUT PREJUDICE** Plaintiff's remaining claims pursuant to 42 U.S.C. § 1997e(a).

**SO ORDERED.**

Dated: 6-25-09
Detroit, Michigan

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE